

## Fourth Court of Appeals
### San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-25-00473-CR

Apolinar **RIVERA**, Jr.,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2022-CR-10463B
Honorable Joel Perez, Judge Presiding

PER CURIAM

Sitting:  Rebeca C. Martinez, Chief Justice
Adrian A. Spears II, Justice
H. Todd McCray, Justice

Delivered and Filed: November 19, 2025

DISMISSED FOR LACK OF JURISDICTION

On July 15, 2025, appellant filed a pro se notice of appeal stating that he intended to appeal from his conviction and that he was sentenced on June 25, 2025. The clerk's record reflects that appellant was charged with aggravated robbery and that pursuant to a written plea-bargain agreement signed on June 25, 2025, the underlying aggravated robbery charge was dismissed in consideration for appellant's plea of nolo contendere in a separate cause, Cause No. 2022-CR-

10462A. Thus, the underlying criminal action was dismissed, and there is no final judgment of conviction.

We generally do not have jurisdiction to consider an appeal in a criminal case unless a judgment of conviction has been rendered. *See McKown v. State*, 915 S.W.2d 160, 161 (Tex. App.—Fort Worth 1996, no pet.). In a response to our written order, appellant's court-appointed attorney concedes that we must dismiss this appeal for lack of jurisdiction. Therefore, this appeal is dismissed for lack of jurisdiction.

PER CURIAM

DO NOT PUBLISH